_AO91 (Rev. 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED
NOV 01 2010
David J. Bradley, Clerk

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

Laredo Division

UNITED STATES OF AMERICA
V.
Hugo Sanchez Hernandez
Nuevo Laredo, Tamaulipas
Mexico

(Name and Address of Defendant)

FPD
75 K4
PE 11/12/10

## CRIMINAL COMPLAINT

Case Number: L-10-MJ— 2672

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **October 29, 2010** (Date) in **Webb** County, in the **Southern** District of Texas, **Hugo Sanchez Hernandez** defendant(s), a **Mexican** alien, who has previously been **Removed** or has departed the United States while an order of **Removal** is outstanding was thereafter found in the United States near **Laredo, Texas** the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter) for reapplication by the said Defendant for admission into the United States.

in violation of Title **8 and 6** United States Code, Section(s) **1326 Felony and 202, 557**

I further state that I am a(n) **Senior Border Patrol Agent** and that this complaint is based on the following facts:
(Official Title)

Furthermore, **Hugo Sanchez Hernandez** was apprehended near **Laredo, Texas** After a brief interview it was determined that, **Hugo Sanchez Hernandez** was an illegal alien from **Mexico** and consequently placed under arrest. Further investigation revealed that **Hugo Sanchez Hernandez** is a citizen of **Mexico** and was previously **Removed** from the United States on **October 25, 2010** at **Brownsville, Texas** There is no record that **Hugo Sanchez Hernandez** has applied for or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after deportation.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

/s/
Signature of Complainant

**Manuela Gonzalez**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**November 1, 2010**                                at       Laredo, Texas
Date                                                         City and State

**Guillermo R. Garcia**
U.S. Magistrate Judge
Name and Title of Judicial Officer                           Signature of Judicial Officer